Order entered December 18, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-11-01709-CR

 Sanders, Ernest, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the 366th Judicial District Court
 Collin County, Texas
 Trial Court Cause No. 366-80960-2011

 ORDER

 On September 4, 2012, this Court adopted the trial court's findings
that appellant desired to pursue the appeal, is represented by court-
appointed counsel Robert Hultkrantz, and that Mr. Hultkrantz would file
appellant's brief by September 7, 2012. We ordered that appellant's brief
be filed by September 10, 2012. To date, we have not received appellant's
brief, nor has counsel communicated with the Court regarding why the brief
has not been filed.
 Accordingly, this Court ORDERS Robert Hultkrantz to file appellant's
brief by DECEMBER 31, 2012. No further extensions will be granted. If
appellant's brief is not filed by the date specified, the Court will order
Robert Hultkrantz removed as appellant's counsel and order the trial court
to appoint new counsel to represent appellant in this appeal.
 We DIRECT the Clerk to send copies of this order, by electronic
transmission, to the Honorable Ray Wheless, Presiding Judge, 366th Judicial
District Court; Robert Hultkrantz; and to the Collin County District
Attorney's Office.

 /s/ DAVID L. BRIDGES
 JUSTICE